1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHIJIOKE ISAMADE,                    No.  2:22-cv-0334-JAM-CKD (PS)

12              Plaintiffs,

13         v.                              ORDER

14    ELEXIS BERNAL,

15              Defendants.

16

17         This matter was referred to a United States Magistrate Judge pursuant to Local Rule

18    302(c)(21). On March 14, 2022, the magistrate judge filed findings and recommendations herein

19    which contained notice that any objections to the findings and recommendations were to be filed

20    within fourteen days. (ECF No. 3.) Plaintiff has filed objections to the findings and

21    recommendations. (ECF No. 4.)

22         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

23    court has conducted a review of this case. Having reviewed this matter, the court finds the

24    findings and recommendations to be supported by the record and by proper analysis.

25    /////

26    /////

27    /////

28    /////

                                    1

1     Accordingly, IT IS HEREBY ORDERED:

2     1.   The findings and recommendations filed March 14, 2022 (ECF No. 3) are adopted in

3          full;

4     2.   Plaintiff's complaint is dismissed for failure to state a claim without leave to amend;

5          and

6     3.   The Clerk of the Court is directed to close this case.

7

8

9     Dated:  July 13, 2022                    /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
10                                             SENIOR UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28